

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

The State of Texas for the Best Interest and Protection of L.J.

Nos. 06-24-00037-CV, 06-24-00038-CV, 06-24-00039-CV, 06-24-00040-CV, 06-24-00041-CV, 06-24-00042-CV, 06-24-00043-CV, 06-24-00044-CV, 06-24-00045-CV, and 06-24-00046-CV

Appeal from the County Court of Harrison County, Texas (Tr. Ct. Nos. 2003-348-M-P, 2015-24-M, 2016-7-M, 2016-22-M, 2016-23-M, 2017-02-M, 2018-03-M, 2018-09-M, 2018-09-M-P, 2019-03-M). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion per curiam.

As stated in the Court's opinion of this date, we find that the motion of the appellants to consolidate their appeals should be granted. The record and filings from cause numbers 06-24-00036-CV, 06-24-00037-CV, 06-24-00038-CV, 06-24-00039-CV, 06-24-00040-CV, 06-24-00041-CV, 06-24-00042-CV, 06-24-00043-CV, 06-24-00044-CV, 06-24-00045-CV, and 06-24-00046-CV are consolidated into cause number 06-24-00036-CV. The consolidated appeal will proceed under cause number 06-24-00036-CV, and cause numbers 06-24-00037-CV, 06-24-00038-CV, 06-24-00039-CV, 06-24-00040-CV, 06-24-00041-CV, 06-24-00042-CV, 06-24-00043-CV, 06-24-00044-CV, 06-24-00045-CV, and 06-24-00046-CV are dismissed.

We note that the appellants will be charged one filing fee for this consolidated appeal.

RENDERED JUNE 6, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk